| | |
|---|---|
| DEFENDANT: | STEPHEN UHL |
| YOB: | 1986 |
| COMPLAINT FILED? | _____ Yes     ___x____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    __ No |
| OFFENSE(S): | Count 1:<br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) |
| LOCATION OF OFFENSE: | Douglas County, Colorado |
| PENALTY: | Count 1:  If it is determined that the defendant has no prior sex-related convictions, NMT 10 years; NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment.  If defendant has a prior conviction under Chapters 110, 71, 109A, or 117 of Title 18; or under Section 920 of Title 10 (Article 120 of the Uniform Code of Military Justice); or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, NLT 10 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $17,000 if convicted of 18 U.S.C. Section 2252A(a)(5).<br><br>Forfeiture Allegation |
| AGENT: | SA Adam Krob<br>Special Agent, FBI |
| AUTHORIZED BY: | Alecia L. Riewerts<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less

THE GOVERNMENT

 x   will NOT seek detention in this case

The statutory presumption of detention is not applicable to this defendant.