AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

22 JUL 19 PM 3:04

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) Case No. 22-cr-00221-WJM |
| STEPHEN UHL | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   STEPHEN UHL,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

Date:   07/12/2022                                   s/A. Thomas, Deputy Clerk
                                                    *Issuing officer's signature*

City and state:   Denver, Colorado                  Jeffrey P. Colwell, Clerk of Court
                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 7/12/2022 and the person was arrested on *(date)* 7/19/2022
at *(city and state)* Denver, Colorado.

Date: 7/19/2022                                    Annalise Dunn
                                                    *Arresting officer's signature*

                                                    Annalise Dunn, SA
                                                    *Printed name and title*