IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00221-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STEPHEN UHL,

    Defendant.

---

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

---

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Alecia L. Riewerts, Assistant United States Attorney, respectfully requests the Court enter a protective order applicable to certain discovery materials. This request is consistent with Rule 16(d), which allows the Court to regulate discovery and restrict discovery or inspection for good cause. The government has conferred with defense counsel. There is no objection to the terms of the protective order.

**Basis for the Requested Protective Order**

The discovery in this case includes information and documents related to an investigation conducted on a Tor-network hidden service online chat website ("TARGET WEBSITE"). The advertisement and distribution of child pornography and child erotica were regular occurrences on this site. The Tor network is a computer

network available to Internet users that is designed specifically to facilitate anonymous communication over the Internet.  Because of the way the Tor network routes communications through the relay computers, traditional IP address-based identification techniques are not effective.

Further, the defendant is believed to have been active on additional chat sites that operated on the Tor network where the advertisement and distribution of child pornography and child erotica were likewise regular occurrences.  The discovery in this case also includes information and documents related to these Tor-network hidden service sites.

Law enforcement investigation into the users of the TARGET WEBSITE and additional Tor-network hidden service online websites remains ongoing and disclosure of the names of and information related to the TARGET WEBSITE and additional Tor-network hidden service sites could alert users to the investigation, potentially provoking users to notify other users of law enforcement action, resulting in flight and/or destruction of evidence.  Discovery of the above material without the requested protective order would therefore harm ongoing and active investigations.

## Scope of the Requested Protective Order

The scope of the requested protective order is narrowly tailored to address the concern outlined above.  In particular, the order does not restrict defense counsel or the defendant's access to discovery with one narrow exception.  The order would prevent defense counsel from providing information or documents related to the TARGET WEBSITE and additional Tor-network hidden service sites under

2

investigation, including the facts of the investigation of the website, to anyone not on the defense team.

The government requests an order be issued with the following terms and conditions:

a. Defense counsel shall keep the discovery and any notes or other materials prepared based upon or referring to the TARGET WEBSITE and additional Tor-network hidden service sites in confidence[1] and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

b. The discovery which relates to the investigation of the TARGET WEBSITE and additional Tor-network hidden service sites may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as well as experts, as necessary for the purposes of preparing a defense in this particular case. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information.

c. Defense counsel and/or their staff shall make copies of the discovery related to the TARGET WEBSITE and additional Tor-network hidden service sites only as necessary to prepare a defense in this case.

---

[1] Confidence means that the materials shall not be disclosed to any person who is not a member of the defense team.

3

    d.  No copies of the discovery related to the TARGET WEBSITE and additional Tor-network hidden service sites shall be provided to the defendant, his family members, friends, or associates, under any circumstances without petition to and further order of the Court.  The defendant may be allowed to view the discovery related to the TARGET WEBSITE and additional Tor-network hidden service sites, but only while in the direct presence of the defense counsel or a member of the defense team, including any defense investigators or staff, as well as experts.

    e.  A copy of this Order shall be kept with the records at all times.

## Conclusion

For the reasons stated above, the government requests the issuance of a protective order applicable to discovery within the scope identified above.

Respectfully submitted this 26th day of July, 2022.

COLE FINEGAN
United States Attorney

*s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2022, I electronically filed **MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Defense Attorneys:**
Daniel P. Gerash
dan@gerashsteiner.net

Ciara Shelbi Danner
shelbidannerlaw@gmail.com

        By: *s/ Alecia L. Riewerts*
        ALECIA L. RIEWERTS
        Assistant United States Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Alecia.Riewerts@usdoj.gov
        Attorney for Government