IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00221-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN UHL,

    Defendant.

## PROTECTIVE ORDER FOR DISCOVERY

THIS MATTER comes before the Court on the government's unopposed motion for a protective order for information and documents related to the investigation of a Tor-based hidden services website ("TARGET WEBSITE") and additional Tor-network hidden service online websites.  Pursuant to Fed. R. Crim. P. 16(d)(1), and for good cause shown, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defense counsel shall keep the discovery and any notes or other materials prepared based upon or referring to the TARGET WEBSITE and additional Tor-network hidden service online websites in confidence[1] and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2. The discovery which relates to the investigation of the TARGET WEBSITE and additional Tor-network hidden service online websites may be viewed only by defense counsel, the defendant, and members of the

---

[1] Confidence means that the materials shall not be disclosed to any person who is not a member of the defense team.

defense team, including any defense investigators and staff, as well as experts, as necessary for the purposes of preparing a defense in this particular case. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information.

3. Defense counsel and/or their staff shall make copies of the discovery related to the TARGET WEBSITE and additional Tor-network hidden service online websites only as necessary to prepare a defense in this case.

4. No copies of the discovery related to the TARGET WEBSITE and additional Tor-network hidden service online websites shall be provided to the defendant, his family members, friends, or associates, under any circumstances without petition to and further order of the Court. The defendant may be allowed to view the discovery related to the TARGET WEBSITE and additional Tor-network hidden service online websites, but only while in the direct presence of the defense counsel or a member of the defense team, including any defense investigators or staff, as well as experts.

5. A copy of this Order shall be kept with the records at all times.

Dated this _____ day of _____, 2022

BY THE COURT:

_____
HON. WILLIAM J. MARTINEZ
United States District Judge