IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00221-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**STEPHEN UHL**,

        Defendant.

## NOTICE OF DISPOSITION

Defendant, Stephen Uhl, by and through counsel, Daniel P. Gerash, hereby notifies this Honorable Court that a disposition has been reached in this case with the Government. The parties are requesting permission to contact the Court to schedule a Change of Plea hearing.

        Respectfully Submitted,

        DANIEL P. GERASH
        GERASH STEINER BLANTON P.C.


        */s/ Daniel P. Gerash*

        Daniel P. Gerash
        Gerash Steiner Blanton P.C.
        1775 Sherman St., Ste. 1650
        Denver, CO 80203
        Phone: (303) 830-0630
        Fax: (303) 832-4552
        dan@gsbattorneys.com
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing NOTICE OF DISPOSITION with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia Riewerts
    Assistant U.S. Attorney
    Email: Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Stephen Uhl (U.S. Mail)

    */s/ Daniel P. Gerash*

Daniel P. Gerash
Gerash Steiner Blanton P.C.
1775 Sherman St., Ste. 1650
Denver, CO 80203
Phone: (303) 830-0630
Fax: (303) 832-4552
dan@gsbattorneys.com
Attorney for Defendant